UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ROLANDE MICHEL,                           :       ORDER
                                          :
               Plaintiff,                 :
                                          :       11-CV-2544(WFK)(AKT)
       -against-                          :
                                          :
                                          :
BOSTON SCIENTIFIC CORPORATION             :
(MASSACHUSETTS); BOSTON                   :
SCIENTIFIC CORPORATION                    :
(NEW YORK); BOSTON SCIENTIFIC             :
SALES, INC.,                              :
                                          :
               Defendants.                :
---------------------------------------------------------X

This Court has reviewed the Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson dated October 10, 2012 in the above-captioned action. The Report and Recommendation addresses the repeated failure by Plaintiff to appear at Court-ordered conferences and to otherwise prosecute this action. The Report and Recommendation recommends dismissing this action pursuant to Fed R. Civ. P. 41(b). No objections have been filed. This Court hereby adopts the Report and Recommendation in its entirety.

It is hereby ORDERED that 11-CV-2544 is dismissed.

**SO ORDERED**

Dated: Brooklyn, New York
       October 26, 2012                             s/WFK

                                          _____
                                          HON. WILLIAM F. KUNTZ, II
                                          United States District Judge